



NADAguides Value Report 8/16/2021

## 2017 Nissan Maxima
Sedan 4D S V6

 

CHANGE CAR    COMPARE

## Values

|  | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Retail |
|---|---|---|---|---|
| Base Price | $16,050 | $17,625 | $18,925 | $21,525 |
| Mileage (42,583) | $1,600 | $1,600 | $1,600 | $1,600 |
| Total Base Price | $17,650 | $19,225 | $20,525 | $23,125 |
| Options |  |  |  |  |
| Price + Options | $17,650 | $19,225 | $20,525 | $23,125 |

Sell my car fast. **Get Offer.**

| Certified Pre-Owned (CPO) |  |  |  | +$1,525 |
|---|---|---|---|---|
| **Certified Price with Options** |  |  |  | **$24,650** |