IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:

§
§
Bing Ouyang    §    Case No: 21-41689
    Creditor    §    Chapter 13
§
§
§

## Landlord's Affidavit regarding Motion for Relief of Stay

My current legal name is Bing Ouyang. I am at least 18 years old. I am the landlord of the rental property rented by John B. Sapp and Kizzy R. Sapp. The address of the rental property is 8721 Maple Ridge Trail, Fort Worth, Texas 76244. After being duly sworn, I do hereby declare under penalty of perjury the following:

1. I am at least 18 years of age.

2. I am the landlord of the rental property at 8721 Maple Ridge Trail, Fort Worth, Texas 76244.

3. The attached payment history is correct.

4. I attended the 341 meeting of Creditors on August 24, 2021. Debtor acknowledged late payment of July's rent. He further acknowledged not paying August Rent. He represented he would pay the rent by "Friday" August, 27, 2021. He further promised to pay the rent in September which has not been paid.

5. I have reviewed the schedules and Chapter 13 plan for James Sapp's bankruptcy case and I have not been provided for in regards to assumption of lease or prepetition arrearage.

I hereby state that the information above is true, to the best of my knowledge. I also Confirm that the information here is both accurate and complete, and relevant information has not been omitted.

_(signature)_

Bing Ouyang
Creditor

STATE OF TEXAS

COUNTY OF ___Dallas___

This instrument was acknowledged before me on ___November 3, 2021___ (date)

by ___Bing Ouyang___ (name or names of person

or persons acknowledging).

_(signature)_ Jeeyoun Choi

Notary Public

Printed Name: Jee Youn Choi

My Commission Expires:

09-02-2024

JEE YOUN CHOI
Notary Public, State of Texas
Comm. Expires 09-02-2024
Notary ID 132655973