



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 24, 2021**

**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| John B. Sapp, Jr. | § | Case No: 21-41689 |
| | § | |
| Bing Ouyang | § | Chapter 13 |
| Movant | § | |
| | § | |
| vs | § | |
| | § | |
| John B. Sapp, Jr. | § | |
| Respondent | § | |
| | § | |

### ORDER GRANTING MOTION FOR RELIEF
### OF STAY OF ACTS AGAINST PROPERTY

The Court having considered the *Motion for Relief from Automatic Stay of Act Against Property* filed in this bankruptcy proceeding by Bing Ouyang, his successors and/or assignees ("Movant"), and having reviewed the file herein and finding that all required notices of said

Motion have been properly served, is of the opinion that said Motion should be, and the same hereby is, granted.

**IT IS, THEREFORE, ORDERED** that the automatic stay is hereby terminated as to the Debtors with respect to Movant,  to take any and all actions necessary to exercise any and all statutory and contractual rights he may have in the property located at 8721 Maple Ridge, Keller, TX 76244.

**IT IS FURTHER ORDERED** that Movant may exercise his remedies available under state law, including eviction against the Debtor's interest in the Property and in exercising those rights, Movant may contact the Debtor by telephone or by written correspondence.

### ###END OF ORDER###

This order was prepared and submitted by:

By: /s/Matthew F. Wegner
Matthew F. Wegner
SBN: 24031234
4500 Mercantile Plaza Drive
Suite 300
Fort Worth, Texas 76317
Ph: 817-361-4479
Fax: 817-665-9153
**ATTORNEY FOR THE MOVANT**